OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** June 26, 2019     **Time:** 30 minutes     **Judge:** KANDIS A. WESTMORE
**Case No.**: [19-cv-00755-EDL](#)     **Case Name:** Ha v. City of Pittsburg California

**Attorney for Plaintiff:** Stanley Goff Jr.
**Attorney for Defendant:** Dale Allen Jr.

**Deputy Clerk:** Doug Merry     **Court Reporter:** Not reported

PROCEEDINGS

Telephone Settlement Conference Call - held.

The Court sets a Settlement Conference on September 18, 2019, from 11:30 am to 4:00 pm. Confidential settlement conference statements shall be lodged with the Court no later than September 9, 2019.